**No. 52740.**—J. Kridel Sons & Co. et al. *v.* United States, protests 524648–G, etc. (New York).

Opinion by RAO, J.   An examination of the official papers failing to disclose any error in the action of the collector, the protests were overruled.

**No. 52741.**—Syndicate Trading Co. et al. *v.* United States, protests 528591–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 52742.**—Max Fischer et al. *v.* United States, protests 944701–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 15, 1948

**No. 52743.**—Josiah Wedgwood & Sons, Inc. *v.* United States, protests 61265–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.